IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

| | | |
|---|---|---|
| ATAPCO PROPERTIES, INC., *et al.* | * | |
|    *Plaintiffs*, | * | |
| v. | * | Civil Action No.: 1:24-cv-01319 |
| DOF IV HUNT VALLEY, LLC | * | |
|    *Defendant*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, Atapco Properties, Inc. ("Atacpco"), and Atapco 245 Shawan LLC ("Atapco 245") (collectively referred to as "Plaintiffs"), by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims asserted in their Complaint in the above-captioned action against Defendant, DOF IV Hunt Valley, LLC ("Defendant"), <u>without</u> prejudice. In support thereof, Plaintiffs note that Defendant has not served its answer or any motion for summary judgment in this matter.

Dated: June 18, 2024

Respectfully submitted,

*/s/ David Daneman*
Charles L. Simmons, Jr., Bar No.: 024278
David Daneman, Bar No.: 06976
Whiteford, Taylor & Preston, L.L.P.
Seven St. Paul Street, Suite 1500
Baltimore, Maryland 21202-1636
Telephone: (410) 347-9491
Fax: (410) 234-2345
Email: csimmons@whitefordlaw.com
Email: ddaneman@whitefordlaw.com

*Counsel for Plaintiffs, ATAPCO Properties, Inc. and ATAPCO 245 Shawan LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 21st day of June, 2024, a copy of the foregoing ***Plaintiffs' Notice of Voluntary Dismissal Without Prejudice*** was served on all counsel of record via this Court's electronic filing system, and mailed first-class, postage prepaid, to the following:

John W. McKenzie, III
HOLMES COSTIN & MARCUS PLLC
908 King Street, Suite 330
Alexandria, Virginia 22314

*Counsel for Defendant DOF IV Hunt Valley, LLC*

*/s/ David Daneman*
David Daneman

13586736